UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ALFONSO MORRIS,** | } |
| Petitioner, | } |
| v. | } Case No.: 2:18-cv-01578-RDP |
| **JOHN Q. HAMM, Commissioner,** | } |
| **Alabama Department of Corrections,** | } |
| Respondent. | } |

## ORDER

This matter is before the court on Respondent John Q. Hamm's Motion for Timely Ruling and Motion to Substitute.[1] (Doc. # 36). The Motion (Doc. # 36) is **GRANTED IN PART**. The Motion is granted to the extent that Mr. Hamm, the current Commissioner of the Alabama Department of Corrections, will be substituted for Respondent Jefferson S. Dunn, the former Commissioner of the Alabama Department of Corrections. As to the timing of the court's ruling, the court notes that whether the death penalty may constitutionally be imposed in this case is the issue before the court. The court recognizes the import of such a decision and the need to move efficiently. But, to be clear, the court will take the time that is necessary to give the issues raised the careful consideration they deserve.

**DONE** and **ORDERED** this September 20, 2023.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

---

[1] The Motion to Substitute was contained within a footnote in the Motion. (Doc. # 36 at 1, n.1).